# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-153** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **JOSE PENA-HERRERA**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of March, 2016, upon consideration of the motion (Doc. 254) by defendant Jose Pena-Herrera ("Pena-Herrera"), requesting the court's leave to join the motion (Doc. 248) of his codefendant Lional Martinez-Osoria ("Martinez-Osoria"), wherein Martinez-Osoria requests that the court sever his case from that of his codefendants for trial, and it appearing that the government concurs in Pena-Herrera's request to join Martinez-Osoria's motion, but does not concur in the underlying request for relief, (see Doc. 254 ¶ 16), it is hereby ORDERED that:

1. Pena-Herrera's motion (Doc. 254) for leave to join Martinez-Osoria's motion (Doc. 248) to sever is GRANTED.

2. The government is granted an extension of time in which to file an omnibus response to Martinez-Osoria and Pena-Herrera's motion (Docs. 248, 254) to sever. The government's response shall be due on or before **Wednesday, March 16, 2016**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania