IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-153** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **LIONAL MARTINEZ-OSORIA** and **JOSE PENA-HERRERA**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 5th day of April, 2016, upon consideration of the motion (Doc. 248) of defendant Lional Martinez-Osoria ("Martinez-Osoria") to sever case from codefendants for trial, and the notice (Doc. 254) of joinder therein filed by defendant Jose Pena-Herrera ("Pena-Herrera"), and further upon consideration of Martinez-Osoria's motion (Doc. 269) to dismiss indictment for violations of the Speedy Trial Act and Sixth Amendment right to a speedy trial, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Martinez-Osoria's and Pena-Herrera's joint motion (Docs. 248, 254) to sever case from codefendants for trial is DENIED.

2. Martinez-Osoria's motion (Doc. 269) to dismiss indictment for violations of the Speedy Trial Act and Sixth Amendment right to a speedy trial is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania